UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.     20mj03812 O'Sullivan

UNITED STATES OF AMERICA

v.

FLOYD ELLIS WYCHE, JR. and
WILLIE LEE SMITH,

     **Defendant.**
_____/

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  */s/ Elena Smukler*
Elena Smukler
Assistant United States Attorney
Fla. Bar No. 91025
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9444
Elena.Smukler@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>FLOYD ELLIS WYCHE, JR. and<br>WILLIE LEE SMITH,<br><br>*Defendant(s)* | Case No. 20mj03812 O'Sullivan |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 2020 through October 13, 2020 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Commit Hobbs Act Robbery (in or around August 2020 through on or about October 13, 2020) |
| 18 U.S.C. § 1951(a) and 2 | Hobbs Act Robbery (or or about October 13, 2020) |
| 18 U.S.C. § 924(c)(l)(A)(ii) and 2 | Brandishing a Firearm in Furtherance of a Crime of Violence (or or about October 13, 2020) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*  #41795

Carlos Calzadilla, ATF Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 10/14/2020

*Judge's signature*

City and state: Miami, Florida                Hon. John J. O'Sullivan, Chief United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos Calzadilla, being first duly sworn, hereby depose and state the following:

1. I am a Detective with the City of Miami Police Department. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as a Task Force Officer. I have been a police officer with the City of Miami Police Department for over 6 years and assigned to the Street Terror Offender Program (STOP) High Intensity Drug Trafficking Area (HIDTA) Task Force for eight months. My duties include the investigation of a variety of federal offenses, including crimes such as carjacking, Hobbs Act Robbery, the possession of firearms in furtherance of violent crimes, and drug trafficking offenses.

2. I respectfully submit that there is probable cause to believe that Floyd Ellis Wyche ("WYCHE") and Willie Lee Smith ("SMITH") (1) from in or around August 2020 through on or about October 13, 2020, did conspire to knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, and Section 1951(a); (2) on or about October 13, 2020, did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, and Section 1951(a) and 2; and (3) on or about October 13, 2020, did use and carry a firearm during and in relation to a crime of violence, did knowingly possess a firearm in furtherance of a crime of violence, and did brandish said firearm, in violation of Title 18, United States Code, Sections 924(c)(l)(A)(ii) and 2.

3. The statements contained in this affidavit are based on my personal knowledge as well as information relayed to me by other law enforcement officers and witnesses present on scene. I have not included in this affidavit each and every fact known to me. Rather, I have

included only those facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint against WYCHE and SMITH for the above-described criminal violations.

## **PROBABLE CAUSE**

### **Le Jeune Food Store: August 29, 2020**

4.      On or about August 29, 2020, at approximately 8:00 p.m., a black male later identified as WYCHE exited the front driver's side of a dark colored 4-door vehicle parked in front of "Le Jeune Food Store," a convenience store located at 298 NW 42nd Avenue in Miami, Florida.[1] Surveillance video from inside of Le Jeune Food Store shows WYCHE entering the store wearing a black and red hat with letters, a black bandana covering his face, a white t-shirt, dark pants, and white sneakers.[2] WYCHE approached the register, completed a transaction for 41 cents, exited the store, and entered the front driver's side of the same vehicle from which he had exited. WYCHE then drove the vehicle out of the store's parking lot and parked on the side of the road, facing westbound on NW 3rd Avenue. Several minutes later, a black male matching the description of SMITH ("Subject 1") exited the front passenger side of the same dark colored 4-door vehicle and walked towards the store. Surveillance video shows Subject 1 entering the store wearing a dark t-shirt, shorts with a black stripe on the side, and a dark hat. Upon entering, Subject 1 brandished what appeared to be a black semi-automatic firearm and said, "Give me all the money." Subject 1 ordered the store clerk to open all the cash registers, look away, and lie on the floor. The store clerk, in fear for his life, complied with Subject 1's demands. Subject 1 proceeded to remove approximately $1,211.00 in U.S. currency from the store's cash register. Subject 1 then fled from

---

[1] Le Jeune Food Store sells merchandise manufactured and shipped from outside of the state of Florida, thus affecting interstate commerce. Le Jeune Food Store was closed during the course of this investigation.
[2] Law enforcement recovered surveillance video from inside and outside of Le Jeune Food Store.

the store. Surveillance video from a residence across the street from where the vehicle was parked shows Subject 1 running to the vehicle and entering the front passenger side of the vehicle.

### Mi Regreso Supermarket: September 2, 2020

5. On September 2, 2020 at approximately 8:56 p.m., a black male matching the description of SMITH ("Subject 1") entered "Mi Regreso Supermarket," a convenience store located at 2620 West 12th Avenue in Hialeah, Florida.[3] Surveillance video from inside of the store shows Subject 1 wearing a white hat, dark t-shirt, dark pants and dark shoes. Subject 1, who was armed with what appeared to be a black semi-automatic firearm, approached the cashier from behind the cash register and demanded all the money in the store. The cashier complied with Subject 1's demands and retrieved all the money from inside both cash registers, which totaled approximately $4,000.00 in U.S. currency. As Subject 1 was leaving the business, he forcefully snatched the cashier's gold necklace from around her neck.

6. Law enforcement recovered surveillance video from outside of Mi Regreso Supermarket. The surveillance video shows Subject 1 entering the front passenger side of a dark colored 4-door vehicle after exiting the store; the vehicle appeared to be waiting for Subject 1 outside of the store when he exited. The vehicle then fled the area, traveling southbound on West 12th Avenue.

### Big Game Liquors: September 12, 2020

7. On September 12, 2020 at approximately 8:13 p.m., a black male later identified as WYCHE exited the front driver's side of a dark colored 4-door vehicle parked in front of "Big Game Liquors," a liquor store located at 930 S LeJeune Road, in Miami-Dade County, Florida.[4]

---

[3] Mi Regreso Supermarket sells merchandise manufactured and shipped from outside of the state of Florida, thus affecting interstate commerce. Mi Regreso Supermarket was closed during the course of this investigation.

[4] Big Game Liquors sells merchandise manufactured and shipped from outside of the state of Florida, thus affecting interstate commerce. Big Game Liquors was closed during the course of this investigation.

3

Surveillance video from inside of Big Game Liquors shows WYCHE entering the store wearing a black and red hat with letters on it, a black bandana covering his face, a dark t-shirt, and dark pants.[5] WYCHE purchased a soda, exited the store, and entered the front driver's side of the same vehicle. The vehicle then departed from the parking lot, turning left on NW 42nd Avenue.

8. A few minutes later, a black male matching the description of SMITH ("Subject 1") entered the store. Surveillance video from inside of Big Game Liquors shows Subject 1 wearing a black hat, a dark t-shirt, and dark pants. Subject 1 purchased a soda; as Subject 1 walked away from the counter, he suddenly turned around and brandished what appeared to be a black semi-automatic firearm and demanded all the cash from the register. Subject 1 then proceeded behind the counter and took a firearm from the cashier's waistband. The cashier complied with Subject 1's demands, placing approximately $2,800.00 in U.S. currency in a bag for Subject 1. Subject 1 also demanded boxes of cigarette and grabbed a shotgun which was stored underneath the counter. Subject 1 then fled the store with the money, stolen firearms, and three boxes of cigarettes.

9. Law enforcement recovered surveillance video from inside and outside of Big Game Liquors. Law enforcement determined that the dark colored 4-door vehicle closely resembles a Hyundai Sonata, and that vehicle resembles the vehicle used during the August 29, 2020 and September 2, 2020 robberies.

### Further Investigation

10. Law enforcement conducted database searches in the License Plate Reader ("LPR") database and discovered that a black 4-door Hyundai Sonata bearing Florida tag NAUX92 (the "Vehicle") was captured traveling eastbound on SW 8th Street from SW 56th Avenue towards LeJeune Road approximately seven (7) minutes prior to the robbery at Big Game Liquors on

---

[5] The hat and bandana worn by WYCHE at Big Game Liquors on September 12, 2020 closely resemble the hat and bandana worn by WYCHE at Le Jeune Food Store on August 29, 2020.

September 12, 2020.[6] A database search of the vehicle in the Driver and Vehicle Information Database ("DAVID") revealed that the vehicle is registered to WYCHE.

11. With the assistance of the Florida Turnpike Enterprise, law enforcement also conducted a search of Florida tag NAUX92 to determine whether the Vehicle was captured on camera:

   a. Law enforcement discovered that after the robbery on August 29, 2020, the Vehicle was traveling Northbound on the Florida Turnpike, away from the direction of the robbery, occupied by a driver and a front passenger. Law enforcement observed that the driver was wearing a white t-shirt, consistent with the t-shirt that WYCHE is seen wearing in the surveillance video obtained from Le Jeune Food Store.

   b. Law enforcement also discovered that after the robbery on September 2, 2020, the Vehicle was traveling Northbound on the Florida Turnpike, away from the direction of the robbery, occupied by a driver and a front passenger.

   c. Law enforcement also discovered that after the robbery on September 12, 2020 the Vehicle was traveling Northbound on the Florida Turnpike, away from the direction of the robbery, occupied by a driver and a front passenger.

12. On September 15, 2020 law enforcement conducted surveillance at 7120 NW 179th Street, in Hialeah, Florida, a residence associated with WYCHE. Law enforcement observed the Vehicle parked in front of the residence. Law enforcement identified WYCHE as the driver of the the Vehicle. Law enforcement observed a parking decal on the right bottom corner of the front windshield of the Vehicle and an unknown white marking on the left bottom corner of the front windshield, consistent with the markings on the vehicle used during the robberies.

---

[6] SW 8th Street and SW 56th Avenue is approximately 1.5 miles away from Big Game Liquors.

13. On or about October 2, 2020, a federal magistrate judge in the Southern District of Florida issued a search warrant authorizing the installation and use of an electronic tracking device on the Vehicle. *See* 20-03745-Torres (sealed).

### Shell gas station: October 13, 2020

14. On or about October 13, 2020, law enforcement learned that the Vehicle had moved and was parked near a Shell gas station on NW 6th Street between NW 42nd Ave and NW 43rd Ave in Miami, Florida. A black male later identified as SMITH was observed exiting the front passenger side of the Vehicle and walking towards the Shell gas station located at 660 NW 42nd Avenue, in Miami, Florida.[7] SMITH entered the gas station and approached the cashier. SMITH pointed what appeared to be a black firearm, possibly a revolver, at the cashier, and demanded that he open the register. In fear for his life, the cashier complied and provided SMITH with an unknown amount of U.S. currency. SMITH then exited the gas station and re-entered the front passenger side of the Vehicle. The Vehicle then fled westbound on NW 6th Street, and then north on NW 43rd Avenue. Law enforcement attempted to stop the Vehicle on NW 42nd Avenue and NW 7th Street, however, the driver refused to stop and led law enforcement on a vehicle pursuit into Broward County. During the pursuit, SMITH was observed by law enforcement exiting the front passenger side of the Vehicle on Monarch Lakes Boulevard in front of Biltmore Estates residential complex; while attempting to flee, SMITH lost one of his shoes in front of the complex. The Vehicle was ultimately stopped on Flamingo Road and Pembroke Pine Boulevard. WYCHE, who was driving the vehicle, was taken into custody. SMITH was later taken into custody inside the Biltmore Estates residential complex, wearing only one shoe, matching the shoe dropped by SMITH outside of the complex. During his arrest, officers located three 38 caliber rounds lying

---

[7] Shell gas station sells gas and merchandise manufactured and shipped from outside of the state of Florida, thus affecting interstate commerce.

next to SMITH, matching the caliber of the firearm believed to be used during the robbery on October 13, 2020.

15. On or about October 14, 2020, law enforcement officers responded to WYCHE's residence, located at 7120 NW 179th Street, in Hialeah, Florida. Officers were given consent to search the residence and located the hat and bandana worn by WYCHE at Le Jeune Food Store on August 29, 2020 and at Big Game Liquors on September 12, 2020.

16. On or about October 14, 2020, law enforcement officers located a firearm on the Turnpike (on the path the Vehicle traveled during the vehicle pursuit from the Shell gas station to Broward County) with damage consistent with the firearm having been thrown from a vehicle. The serial number on the firearm matched the serial number of the firearm taken from the cashier at Big Game Liquors on September 12, 2020.

## CONCLUSION

15. Based upon the information provided above, I respectfully submit that probable cause exists that Floyd Ellis Wyche ("WYCHE") and Willie Lee Smith ("SMITH") (1) from in or around August 2020 through on or about October 13, 2020, did conspire to knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, and Section 1951(a); (2) on or about October 13, 2020, did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, and Section 1951(a) and 2; and (3) on or about October 13, 2020, did use and carry a firearm during and in relation to a crime of

violence, did knowingly possess a firearm in furtherance of a crime of violence, and did brandish said firearm, in violation of Title 18, United States Code, Sections 924(c)(l)(A)(ii) and 2.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____ 41795
CARLOS CALZADILLA, TASK FORCE OFFICER
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
Face Time
_____
(specify reliable electronic means).

Date: 10/14/2020

_____
HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

8